**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**District of South Carolina**

Case number (if known) _____ Chapter **7**

☐ Check if this an amended filing

## Official Form 205
# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

**Part 1:** Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**  Check one:

   ☑ Chapter 7
   ☐ Chapter 11

**Part 2:** Identify the Debtor

2. **Debtor's name**  Rickenbaker Gin, Inc.

3. **Other names you know the debtor has used in the last 8 years**  Rickenbaker Cotton Gin

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**  ☑ Unknown

   EIN _____

5. **Debtor's address**

   Principal place of business:
   **1140 Bill Davis Road**
   Number    Street

   **Manning SC 29102-0000**
   City    State    Zip Code

   **Clarendon**
   County

   Mailing address, if different:
   **PO Box 100**
   Number    Street

   P.O. Box
   **Davis Station, SC 29041**
   City    State    Zip Code

   Location of principal assets, if different from principal place of business
   Number    Street
   City    State    Zip Code

6. **Debtor's website (URL)**  _____

7. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other type of debtor. Specify: _____

Debtor   **Rickenbaker Gin, Inc.**                                                                Case number *(if known)*

8. Type of debtor's business

    *Check one:*

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    ☒ None of the types of business listed.
    ☐ Unknown type of business.

9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?

    ☒ No
    ☐ Yes.   Debtor _____  Relationship _____
              District _____ Date filed _____ Case number, if known _____
                                       MM / DD / YYYY

              Debtor _____  Relationship _____
              District _____ Date filed _____ Case number, if known _____
                                       MM / DD / YYYY

**Part 3:   Report About the Case**

10. Venue

    *Check one:*

    ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. Allegations

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*

    ☒ The debtor is generally not paying its debts as they become due, unless they are in the subject of a bona fide dispute as to liability or amount.
    ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. Has there been a transfer of any claim against the debtor by or to any petitioner?

    ☒ No
    ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor  **Rickenbaker Gin, Inc.**                                                   Case number *(if known)*

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| South Carolina Department of Agriculture | Funds paid for grain claims from the South Carolina Grain Producers Guaranty Fund, in the aggregate amount of $4,704.702.29; and funds paid for cotton claims from the Warehouse Receipts Guaranty Fund, in the aggregate amount of $1,772,152.00. | $6,476,854.29 |
|  |  | $ |
|  |  | $ |
| Ashwood Gin, Inc. | Unpaid funds for sale of cotton. | $ 62,598.25 |
|  |  | $ |
|  |  | $ |
| Wade Atkinson | Unpaid funds for sale of cotton. | $ 18,371.90 |
|  |  | $ |
|  | Total of petitioners' claims | $6,557,824.44 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**                **Attorneys**

Name and mailing address of petitioner
**South Carolina Department of Agriculture**
Name

**1200 Senate Street**
**Wade Hampton Building, 5th Floor**
Number    Street

**Columbia    SC    29201-0000**
City                State        Zip Code

Name and mailing address of petitioner's representative, if any
**Hugh E. Weathers, Commissioner**

Name

**1200 Senate Street**
**Wade Hampton Building, 5th Floor**
Number    Street
**Columbia SC 29201-0000**
City                State        Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on  08/10/2021
            MM/DD/YYYY

*/s/ Hugh E Weathers/*
Signature of petitioner or representative, including representative's title

**Julio E. Mendoza, Jr., Esquire**
Printed name

**Nexsen Pruet, LLC**
Firm name, if any
**1230 Main St., Suite 700 (29201)**
**PO Box 2426**
Number    Street
**Columbia SC 29202-0000**
City                State        Zip Code
Contact phone  **(803) 540-2026**   Email  **rmendoz@nexsenpruet.com**

Bar number  **3365**

State   **SC**

*/s/ Julio E Mendoza Jr/*
Signature of attorney
Date signed  08/10/2021
            MM/DD/YYYY

Official Form 205              Involuntary Petition Against a Non-Individual                          page 3
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor    **Rickenbaker Gin, Inc.**                    Case number *(if known)*

### Petitioners or Petitioners' Representative | Attorneys

**Name and mailing address of petitioner**
**Ashwood Gin, Inc.**
Name

**Attn: Richard N. Atkinson**
**PO Box 618**
Number    Street
**Elliott SC 29046-0000**
City                State        Zip Code

**Name and mailing address of petitioner's representative, if any**
**Richard N. Atkinson**
Name

**Attn: Richard N. Atkinson**
**PO Box 618**
Number    Street
**Elliott SC 29046-0000**
City                State        Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on    08/11/2021
            MM / DD / YYYY

*Ashwood Gin Inc, by Richard N. Atkinson* (signature)
Signature of petitioner or representative, including representative's title

Printed name

Firm name, if any

Number    Street

City                State        Zip Code
Contact phone            Email

Bar number

State

Signature of attorney
Date signed
            MM / DD / YYYY

Debtor **Rickenbaker Gin, Inc.**    Case number *(if known)* _____

### Petitioners or Petitioners' Representative

Name and mailing address of petitioner
**Wade Atkinson**
Name

**PO Box 33**
Number   Street
**Mayesville SC 29104-0000**
City            State      Zip Code

Name and mailing address of petitioner's representative, if any
**Wade Atkinson**
Name

**PO Box 33**
Number   Street
**Mayesville SC 29104-0000**
City            State      Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on  8/11/21
            MM / DD / YYYY

*[signature]*

Signature of petitioner or representative, including representative's title

### Attorneys

Printed name _____

Firm name, if any _____

Number   Street _____

City            State      Zip Code
Contact phone _____ Email _____

Bar number _____

State _____

Signature of attorney _____
Date signed _____
            MM / DD / YYYY

# United States Bankruptcy Court
### District of South Carolina

In re  **Rickenbaker Gin, Inc.**                                         Case No. _____
                             Debtor(s)                                    Chapter  7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification recusal, the undersigned, on behalf of **Ashwood Gin, Inc.**, a petitioner in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.

☑ None [*Check if applicable*]

Date: 08/11/2021

**Richard N. Atkinson**
Title: VP
Signature of Petitioner
*/s/ Richard N. Atkinson/*